In the Matter of the Claim of VINCENZO CEFALIELO, Respondent, against T. HOGAN & SONS, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Claim of MARTHA LEHS, Respondent, against MANHATTAN SILK COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of WILLIAM ATKINSON MURRAY, Respondent, against CONSOLIDATED TELEGRAPH AND ELECTRICAL SUBWAY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to support the finding that claimant in the accident of February 29, 1924, sustained a fracture of a bone in his right ankle. Furthermore, if an award is proper it should be limited to 205 weeks as for the loss of a foot. (See Matter of Stein v. Topol, 217 App. Div. 797.) Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of BERT GEPHART, Respondent, against CROSBY & WHIPPLE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Claim of JOHN O'LEARY, Respondent, against JOHN STUBBE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Claim of JOSEPH W. BARTH, Respondent, against BINGHAMTON GLASS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of ELLEN HAUBURGER, Respondent, against STUCKER & TIDD, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Claim of JOHN LONGADINO, Respondent, against NATALE AIELLO and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE ROBILLARD, Appellant.— Judgment of conviction unanimously affirmed. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.